**Order entered December 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01282-CR

**MARQUIS K. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54782-T**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing on counsel. On December 10, 2019, the trial court appointed Catherine Bernhard to represent appellant. We **DIRECT** the Clerk to list Ms. Bernhard as appointed counsel and to send all future correspondence to Catherine Bernhard, 101 N. Kaufman St., Suite 256, Seagoville, TX 75159.

The record was due November 2, 2019. We **ORDER** court reporter Vearneas Faggett to file the reporter's record within **THIRTY DAYS** of the date of this order.

The Clerk shall send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and counsel for all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE